**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**RAMONIA CARTER**                                                    **PLAINTIFF**

**v.**                                 **CIVIL ACTION NO. 1:11CV255-B-A**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**                      **DEFENDANT**

### ORDER GRANTING PAYMENT OF ATTORNEY'S FEES

On consideration of the file and record in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated December 3, 2012, was on that date duly served via electronic mail through the court's CM/ECF system upon counsel of record; that more than fourteen days have elapsed since service of the report and recommendation; and no objection has been filed or served by the parties. The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore,

**ORDERED:**

1. That the report and recommendation of the United States Magistrate Judge dated December 10, 2012, is approved and adopted as the opinion of the court.

2. Defendant must pay the plaintiff $2,896.65 in attorney's fees under the Equal Access to Justice Act.

SO ORDERED, this the 29th day of January, 2013.

                                                                /s/ Neal Biggers
                                                               UNITED STATES DISTRICT JUDGE